**STATE of Missouri, Respondent,**

v.

**Russell D. FAUST, Appellant.**

**No. WD 34824.**

Missouri Court of Appeals,
Western District.

Jan. 31, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 27, 1984.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Deborah J. Neff, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Appeal from judgment of conviction of forcible sodomy and first degree burglary and consecutive sentences 20 years' and 15 years' imprisonment respectively in the Circuit Court of Jackson County.

Affirmed. Rule 30.25(b).